UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL DAVID JOHNSON,

         Plaintiff,

    v.

J.A. BEARD, et al.,

         Defendants.

No.  2:15-cv-1313-TLN-KJN

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 20, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 19.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 24.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 20, 2018, are adopted in full;

2. Plaintiff's claims concerning allegedly contaminated water, including any state law claims related thereto, against defendants Beard, Runnels, Stanley, Swarthout, Price, and Millard are dismissed without prejudice for improper joinder;

3. Plaintiff's Eighth Amendment medical claims against defendants Brown, Rohlfing, Filice, Kreitler, Kraft, and Acquva, arising while plaintiff was housed in HDSP from 2000 to 2005, are dismissed as barred by the statute of limitations;

4. Plaintiff's Eighth Amendment medical claims against defendants Dr. Naku, Dr. Mahmoud, Dr. Chen, and Dr. Collinsworth, arising from medical care provided at CSP-SOL prior to December 13, 2010, are dismissed as barred by the statute of limitations; and

5. Plaintiff's claims against defendant Dr. Traquina are dismissed without leave to amend.

Dated: October 30, 2018

Troy L. Nunley
United States District Judge