UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.A. BEARD, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1313 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On October 31, 2018, the district court adopted the findings and recommendations issued on March 20, 2018. Good cause appearing, plaintiff is granted thirty days from the date of this order in which to file a second amended complaint that complies with the March 20, 2018 order. (ECF No. 19.)

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. Failure to file a second amended complaint will result in the dismissal of this action.

Dated: November 5, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john1313.ext

1