UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.A. BEARD, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1313 TLN KJN P<br><br><br>ORDER |

　　　　Plaintiff is a prisoner, proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

　　　　On February 5, 2020, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Mahmoud was returned unserved because "unable to locate," and "moved out 3 months ago." (ECF No. 75.)[1] Therefore, plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

---

[1] An earlier attempt to serve defendant Mahmoud also failed. (ECF No. 61.)

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with
3    an instruction sheet and a copy of the amended complaint filed October 28, 2019 (ECF No. 54);

4    2. Within sixty days from the date of this order, plaintiff shall complete and submit the
5    attached Notice of Submission of Documents to the court, with the following documents:

6        a. One completed USM-285 form for defendant Mahmoud;

7        b. Two copies of the endorsed complaint filed October 28, 2019; and

8        c. One completed summons form (if not previously provided) or show good cause
9    why he cannot provide such information.

10   Dated: August 7, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/john1313.8e(2)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.A. BEARD, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1313 TLN KJN P<br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　　Plaintiff hereby submits the following documents in compliance with the court's order

filed _____ :

　　　　\_\_\_\_　　　　completed summons form

　　　　\_\_1\_\_　　　 completed USM-285 forms

　　　　\_\_2\_\_　　　 copies of the \_\_\_October 28, 2019\_\_\_
　　　　　　　　　　　　　　　　　Amended Complaint

DATED:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Plaintiff

3