UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>E. NAKU, M.D., et al.<br><br>         Defendants. | No.  2:15-cv-1313 TLN KJN P<br><br><br>ORDER TO SHOW CAUSE |

By an order filed December 11, 2019, this court directed the United States Marshal to serve all process without prepayment of costs. On January 27, 2020, the Marshal filed the waiver of service of summons signed by defendant Ken Collinsworth, M.D. on January 21, 2020. (ECF No. 63.) Defendant Collinsworth, although properly served, has not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Collinsworth show cause, within thirty days from the date of this order, why default should not be entered;

2. The Clerk of the Court shall forward a copy of this order to defendant Ken Collinsworth, M.D., at the address listed in the CDCR Notice of E-Service Waiver (ECF No. 60) (sealed); and

////

////

1

1      3. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson,
Supervising Deputy Attorney General.

Dated: August 7, 2020

/john1313.77d

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE