UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>E. NAKU, M.D., et al.,<br><br>Defendants. | No. 2:15-cv-1313 TLN KJN P<br><br><br><br>ORDER TO SHOW CAUSE |

By an order filed December 11, 2019, this court directed the United States Marshal to serve all process without prepayment of costs. On July 1, 2020, the Marshal filed a notice that service of process was executed on defendant Naku. (ECF No. 73.) The waiver of service of summons, mailed February 7, 2020, was not returned by defendant Naku. On June 30, 2020, the U.S. Marshal personally served defendant Naku. (ECF No. 71.) Defendant Naku, although served, has not yet filed a responsive pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Naku show cause, within thirty days from the date of this order, why default should not be entered;

2. The Clerk of the Court shall forward a copy of this order to defendant Naku at the address listed on the USM-285 form (ECF No. 73); and

////

1

3. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

Dated:  August 24, 2020

/john1313.77d2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE