1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    PAUL DAVID JOHNSON,                          No. 2:15-cv-01313-TLN-KJN

12                 Plaintiff,

13          v.                                     **ORDER**

14    J.A. BEARD, et al.,

15                 Defendants.

16

17          Plaintiff Paul David Johnson ("Plaintiff"), a state prisoner proceeding *pro se*, filed this

18    civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 9, 2021, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within twenty-one days.  (ECF No. 159.)

23    Neither party filed timely objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26    *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

27          The Court has reviewed the file and finds the findings and recommendations to be

28    supported by the record and by the magistrate judge's analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Findings and Recommendations filed August 09, 2021 (ECF No. 159), are

3    ADOPTED IN FULL;

4    2.  Plaintiff's Motion for Default Judgment (ECF No. 144) is DENIED with prejudice as

5    to Defendant K. Collinsworth ("Collinsworth") and without prejudice as to Defendant Binoye

6    Naku;

7    3.  Collinsworth's Motion to Set Aside Clerk's Default (ECF No. 140) is GRANTED;

8    4.  The Clerk of the Court is directed to set aside the Clerk's Entry of Default on April 27,

9    2021 (ECF No. 137); and

10   5.  Within seven days from the date of this Order, Collinsworth shall file a responsive

11   pleading.

12   IT IS SO ORDERED.

13   Date:  October 7, 2021

14

15

16   _____

       Troy L. Nunley

17     United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2