UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>E. NAKU, M.D., et al.,<br><br>Defendants. | No. 2:15-cv-01313-TLN-KJN<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 28, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 21 days. Plaintiff filed objections to the findings and recommendations. Defendant Dr. Collinsworth did not file a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 28, 2022 are ADOPTED IN FULL;

2. Defendant Dr. Collinsworth's motion to dismiss (ECF No. 207) is GRANTED; and

3. Plaintiff's claims against Dr. Collinsworth are DISMISSED with prejudice.

**DATE:  February 7, 2023**

Troy L. Nunley
United States District Judge